IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS ARMANDO ORTEGA, | No. C 11-1003 SBA (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROBERT BARBASA, et al., | |
| Defendants. | |

Pursuant to the Court's Order Denying Plaintiff's Motion for Default Judgment; Denying Defendants' Motion for Summary Judgment; Granting Their Motion to Dismiss All Claims as Unexhausted; and Terminating as Moot Plaintiff's Remaining Motions signed today, judgment is hereby entered dismissing this action without prejudice for failure to exhaust administrative remedies.  42 U.S.C. § 1997e(a).  The Clerk of the Court shall close the file.

IT IS SO ORDERED.

DATED: _____9/17/2013_____          _____
                                   SAUNDRA BROWN ARMSTRONG
                                   United States District Judge

G:\PRO-SE\SBA\CR.11\Ortega1003.jud.frm